# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA BEDOY, individually, and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation,<br><br>Defendants. | Case No.: 5:25-cv-03144-KK-SP<br><br>CLASS ACTION COMPLAINT<br><br>(Removed from Riverside Superior Court Action, Case No. CVRI2505278)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND [9]**<br><br>[Notice of Motion and Motion, Memorandum of Points and Authorities, and Declaration filed under separate cover]<br><br>**[NOTE CHANGES BY COURT]**<br><br>Complaint Filed:   September 29, 2025 |

# ORDER

THE COURT, having considered Plaintiff Eva Bedoy's Notice of Motion and Motion to Remand (Dkt. 9) and Defendant Home Depot U.S.A., Inc.'s Statement of Non-Opposition to Plaintiff's Motion to Remand (Dkt. 17), and GOOD CAUSE APPEARING THEREFOR, GRANTS Plaintiff's Motion.

THE COURT REMANDS this matter to the Superior Court of the State of California for the County of Riverside.

This case is CLOSED. (JS-6)

**IT IS SO ORDERED.**

Dated: _January 9, 2026_  

_____
Hon. Kenly Kiya Kato
District Judge
United States District Court for the
Central District of California